LADAUX v. BERKSHIRE et al.

(District Court. W. D. Texas. March 6, 1911.)

Petition for writ of habeas corpus by Lena Ladaux to obtain relator's discharge from the custody of F. W. Berkshire and another, pursuant to an order of deportation. Writ denied.

Lewis Maury Kemp and Robert T. Neill, for petitioner.
Charles A. Boynton, U. S. Atty., for respondents.

MAXEY, District Judge. Petitioner was arrested and ordered deported on the charge of being an alien, practicing prostitution in the United States, or of being an inmate of a house of prostitution. The petition was submitted with that of Marcelle Sire (185 Fed. 967). The cases involve similar questions of fact and law.

In the Sire Case the prayer for the writ of habeas corpus was denied, and a similar order will be entered in this case.